United States District Court
Southern District of Texas
**ENTERED**
April 24, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| SCOTT DONAHOE, | § | CIVIL ACTION NUMBER |
| Plaintiff, | § | 4:24-cv-01971 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| MOLSON COORS BEVERAGE | § | |
| COMPANY USA LLC, | § | |
| Defendant. | § | |

**ORDER**

By email to the Case Manager, the parties have provided notice of settlement of their dispute.

All claims by Plaintiff against Defendant are DISMISSED WITH PREJUDICE.

Plaintiff may move within sixty days to reinstate the claims against Defendant if approval of documentation or condition precedent fails.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on April 24, 2026, at Houston, Texas.


_____
Honorable Charles Eskridge
United States District Judge